UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

RANKINS, DAVID

                  Petitioner,

     -against-

UNITED STATES OF AMERICA,

                  Respondent.
-----------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/17

09-CV-2181 (KMW)
01-CR-245 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

     This Order concerns Petitioner David Rankins' Motion for Reconsideration, which was

filed on March 26, 2013. (*See* 09-CV-2181, ECF No. 19.)  The Government responded to Mr.

Rankins' motion on November 6, 2017.  (ECF No. 25.)  If Mr. Rankins wishes to file a reply

brief, he shall do so on or before December 22, 2017.

SO ORDERED.

DATED:    New York, New York
           November 20, 2017

                                       KIMBA M. WOOD
                               United States District Judge